# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Azita Badri, | No. CV-26-01999-PHX-JCH (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

Petitioner Azita Badri challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention has exceeded the removal period and there is no significant probability of removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 5.) Respondents' Response states:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim.

Accordingly,

**IT IS ORDERED granting** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) as to her *Zadvydas* claim. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents must immediately release

Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED denying** as moot any pending motions and **directing** the Clerk of Court to enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of April, 2026.

Honorable Scott H. Rash
United States District Judge